IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>$140,690.00 UNITED STATES CURRENCY, and 2019 HONDA CIVIC,<br><br>Defendants. | 8:24CV101<br><br>**FINAL PROGRESSION ORDER**<br><br>**(AMENDED)** |

The Court grants the government's Unopposed Motion to Extend Progression Order Deadlines as set forth herein. Filing No. 21.

Accordingly,

IT IS ORDERED that the final progression order is amended as follows:

1) The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings currently set for March 4, 2025 is <u>continued</u> and will be held with the undersigned magistrate judge on **April 15, 2025** at **9:30 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is October 15, 2024. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by December 9, 2024.

   **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

3) The deadline for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is December 30, 2024.

4) The deadline for complete expert disclosures[1] for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is January 27, 2025.

5) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is April 7, 2025.

6) The deadline for filing motions to suppress is May 5, 2025.

7) The deadline for filing motions to dismiss and motions for summary judgment is May 5, 2025.

8) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is March 3, 2025.

9) All other deadlines and provisions in the Court's final progression order, Filing No. 18, not amended herein remain unchanged.

Dated this 30th day of October, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.