IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>$140,690.00 UNITED STATES CURRENCY, and 2019 HONDA CIVIC,<br><br>Defendants. | 8:24CV101<br><br>**FINAL PROGRESSION ORDER**<br><br>**(AMENDED)** |

The Court grants the Government's Unopposed Motion to Extend Progression Order Deadlines. Filing No. 24.

Accordingly,

IT IS ORDERED that the final progression order is amended as follows:

1) The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings currently set for April 15, 2025 is <u>continued</u> and will be held with the undersigned magistrate judge on **June 10, 2025** at **10:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) The deadlines for complete expert disclosures[1] for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.

1

retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is March 27, 2025.

3) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is June 9, 2025.

4) The deadline for filing motions to suppress is July 7, 2025.

5) The deadline for filing motions to dismiss and motions for summary judgment is July 7, 2025.

6) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is May 5, 2025.

7) All other deadlines and provisions in the Court's prior final progression orders not amended herein remain unchanged.

Dated this 27th day of January, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge

2