IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>$140,690.00 UNITED STATES CURRENCY AND 2019 HONDA CIVIC,<br>        Defendants,<br><br>and<br><br>JACOB ANTHONY PENNEWELL-BATTAGLIA,<br><br>        Claimant. | 8:24CV101<br><br><br><br>ORDER |

This matter is before the Court on the parties' Settlement Stipulation pertaining to resolution of this case. (Filing No. 26). Following an Order dated March 19, 2024 (Filing No. 6), the United States published notice of its intent to dispose of Defendant property in such a manner as the Attorney General may direct. A Declaration of Publication was filed herein on May 23, 2024. (Filing No. 16). The parties have advised the Court no other Claim or Answer has been filed in this case, other than by Jacob Anthony Pennewell-Battaglia. After reviewing the record, the Court finds this is true. Accordingly, the Settlement Stipulation is approved. Accordingly,

**IT IS ORDERED:**

1. $40,690.00 of the $140,690.00 and the 2019 Honda Civic Defendant property shall be returned to the Claimant, Jacob Anthony Pennewell-Battaglia. Payment by the Drug Enforcement Administration will be tendered to the trust account of the Claimant's attorney, Jason E. Troia.

2. The remaining Defendant property, *viz.*, $100,000.00, shall be forfeited to the United States, with all right, title and interest in or to such property held by any person or entity forever barred and foreclosed. The Drug Enforcement Administration shall dispose of said $100,000.00 in accordance with the law.

3. Plaintiff and Claimant shall pay their own costs and attorney's fees associated with this lawsuit.

4. Claimant's counsel shall file a Receipt indicating receipt of the funds. Thereafter, the parties shall file a Joint Stipulation for Dismissal.

Dated this 3rd day of June, 2025.

BY THE COURT:

_____
Susan M. Bazis
United States District Judge