IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>$140,690.00 UNITED STATES CURRENCY, and 2019 HONDA CIVIC,<br><br>Defendants. | 8:24CV101<br><br><br>ORDER |

The parties filed a settlement stipulation on May 19, 2025. Filing No. 26. On June 3, 2025, the Court approved the parties' settlement stipulation and ordered claimant's counsel to file a receipt indicating receipt of funds. Filing No. 27. Upon review of the docket, no further action has occurred in this case except a return of service filed June 13, 2025 indicating service of the property forfeited to the United States. Filing No. 29.

Accordingly,

IT IS ORDERED that on or before **September 18, 2025**, Claimants' counsel shall file a receipt indicating receipt of the funds. Thereafter, the parties shall file a joint stipulation for dismissal.

1

Dated this 19th day of August, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge