IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>$140,690.00 UNITED STATES CURRENCY AND 2019 HONDA CIVIC,<br><br>    Defendants,<br><br>and<br><br>JACOB ANTHONY PENNEWELL-BATTAGLIA,<br><br>    Claimant. | 8:24CV101<br><br>ORDER OF DISMISSAL |

  This matter is before the Court on the parties' Joint Stipulation for Dismissal. ([Filing No. 33](#)). Claimant's attorney filed a receipt, [Filing No. 32](#), indicating Claimant has received $40,690.00 and the 2019 Honda Civic, which is the property the parties agreed would be returned to him per the settlement stipulation. ([Filing No. 26](#)). Due to the filing of the receipt the parties have indicated the case may now be dismissed. Having considered the matter, and after reviewing the Joint Stipulation for Dismissal, the Court will accept the stipulation. Accordingly,

  **IT IS ORDERED**:

1. Pursuant to the parties' Joint Stipulation, the remaining $100,000.00 of the Defendant property shall be forfeited to the United States and shall be disposed of administratively by the Drug Enforcement Administration.
2. This case is dismissed, with the parties to bear their own attorney's fees and costs.

  Dated this 22nd day of October, 2025.

                       BY THE COURT:

                       _____
                       Susan M. Bazis
                       United States District Judge